UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,       )
                                )   CR F-03-5081 REC
                                )
              Plaintiff,        )   NEW CASE NUMBER:
                                )
     v.                         )   CR F-03-5081 OWW
                                )
BEATRIS LEMUS-PEREZ,            )
                                )
                                )   ORDER REASSIGNING CASE
              Defendant.        )
                                )
_____)
```

    This matter is reassigned from the docket of United States District Judge Robert E. Coyle to the docket of United States District Judge Oliver W. Wanger.

    To prevent a delay in documents being received by the correct judicial officer, the new case number should now be used on all documents.

**CR F-03-5081 OWW**

IT IS SO ORDERED.

**Dated:   March 23, 2006**                    /s/ Oliver W. Wanger
emm0d6                                      UNITED STATES DISTRICT JUDGE

1