1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  BEATRIS LEMUS-PEREZ

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. 1:03-cr-5081 OWW
                                    )
12            *Plaintiff,*          )
                                    )
13      v.                          )   ORDER RE TRANSPORTATION
                                    )
14 BEATRIS LEMUS-PEREZ,             )
                                    )
15            *Defendant.*          )
                                    )
16 _____  )

17

18      GOOD CAUSE APPEARING, it is ordered that the Fresno County Sheriff, who has physical

19 custody of the defendant for the United States Marshal, and Fresno County Jail Medical Services,

20 Attention Carol J. Parmely, R.N., N.P., shall arrange to transport Beatris Lemus-Perez (also known as

21 Tania Reyes, Fresno County Jail Identification Number T235777), from the Fresno County Detention

22 Facility to:

23         Sequoia Regional Cancer Center,
           4945 West Cypress Avenue, Suite C
24         Visalia, California  93277

25         Telephone number 559-635-4043

26 ///

27 ///

28 ///

on October 12, 2006, at 11:00 a.m., for a medical appointment including necessary treatment by Veena Ramsinghani, M.D., Robert Havard, M.D., or other designated physician or medical staff; and at the conclusion thereof to return Ms. Lemus-Perez to the Fresno County Detention Facility.

IT IS SO ORDERED.

Dated:   October 6, 2006              /s/ Dennis L. Beck
                                UNITED STATES MAGISTRATE JUDGE

3b142a