DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BEATRIS LEMUS-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br><br>v.<br><br>BEATRIS LEMUS-PEREZ,<br><br>   *Defendant.* | No. 1:03-cr-5081 OWW<br><br>ORDER RE RECOMMENDATION FOR TEMPORARY FURLOUGH<br><br>Date: March 15, 2007<br>Time: 12:15 p.m.<br>Court: Hon. Oliver W. Wanger |

GOOD CAUSE APPEARING, the court hereby recommends to the Bureau of Prisons and the Warden of Federal Medical Center Carswell, Fort Worth, Texas, that Beatris Lemus-Perez, Register Number 61124-097, who is terminally ill, be released for a limited period of time, in the discretion of the Bureau of Prisons, to permit a last visit with family members.

**IT IS SO ORDERED.**

March 15, 2007.

              /s/ OLIVER W. WANGER
              OLIVER W. WANGER
              United States District Judge